761 A.2d 1102

IN THE MATTER OF MARC J. MALFARA,
AN ATTORNEY AT LAW.

November 22, 2000.

### ORDER

The Disciplinary Review Board having filed with the Court its decision concluding that **MARC J. MALFARA** of **BLACKWOOD**, who was admitted to the bar of this State in 1993, and who was suspended from the practice of law effective August 1, 2000, for two concurrent six-month terms of suspension by Orders filed July 6, 2000, be suspended from practice for an additional concurrent term of six months for violations of *RPC* 1.1(a) and (b)(gross neglect and pattern of neglect), *RPC* 1.3(lack of diligence), *RPC* 3.2 (failure to expedite litigation), *RPC* 8.1(b)(failure to cooperate with disciplinary authorities), and *RPC* 8.4(c)(conduct involving dishonesty, fraud, deceit or misrepresentation), and good cause appearing;

It is ORDERED that **MARC J. MALFARA** be suspended from the practice of law for a period of six months and until further Order of the Court, effective August 1, 2000; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent be restrained and enjoined from practicing law during the period of suspension and that respondent comply with *Rule* 1:20–20; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs incurred in the prosecution of this matter.